612

360 A.2d 666
Winkleman v. Warner, Appellant.

Argued June 18, 1976. David E. Thomas, with him Daniel B. Pierson, V, for appellant; Gene D. Cohen, with him Melvin J. Greenberg, for appellee.

Order affirmed.

360 A.2d 670
Wrenn v. Head House Tavern, Inc., Appellant.

Argued June 14, 1976. Charles W. Craven, with him Marshall, Dennehey & Warner, for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.